Cecilia BALDAZO, Plaintiff–Appellant,

v.

ELKO COUNTY, ex rel., its Sheriff's
Department; et al., Defendants–
Appellees.

No. 14–15840

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2016 * San
Francisco, California

June 22, 2016

Julie Cavanaugh–Bill, Cavanaugh–Bill
Law Offices, LLC, Elko, NV, for Plaintiff–
Appellant.

Thomas Peter Beko, Brent L. Ryman,
Paul M. Bertone, Erickson, Thorpe &
Swainston, Ltd., Reno, NV, for Defen-
dants–Appellees Elko County, Marvin
Morton, Rick Keema.

Brian M. Brown, Thorndal Armstrong
Delk Balkenbush & Eisinger, A Profes-
sional Corporation Law Offices, Reno, NV,
for Defendant–Appellee Brad Hester.

Before: CLIFTON and IKUTA, Circuit
Judges and LAMBERTH,** Senior
District Judge.

MEMORANDUM ***

Cecilia Baldazo appeals from the district
court's order granting summary judgment
to Elko County, Marvin Morton, Rick Kee-
ma, and Brad Hester, on Baldazo's claims
for discrimination and retaliation under Ti-
tle VII of the Civil Rights Act, 42 U.S.C.
§ 2000e *et seq.* and 42 U.S.C. § 1983, and
for common law negligence. We have juris-
diction under 28 U.S.C. § 1291, and we
affirm.

The district court did not err in consid-
ering the arbitration award and record,
which are admissible evidence for purposes
of summary judgment. *See Alexander v.
Gardner–Denver Co.*, 415 U.S. 36, 59–60,
94 S.Ct. 1011, 39 L.Ed.2d 147 (1974). Be-
cause the defendants' motion for judgment
on the pleadings and summary judgment
was timely under Rule 56(b) of the Federal
Rules of Civil Procedure, Baldazo was on
notice that the merits of her claims were
at issue. Even if Baldazo's opposition to
summary judgment were construed as a
motion under Rule 56(d) of the Federal
Rules of Civil Procedure, Baldazo failed to
show how "additional discovery would have
precluded summary judgment," *Qualls v.
Blue Cross of Cal., Inc.*, 22 F.3d 839, 844
(9th Cir. 1994) (emphasis omitted), and
therefore the district court did not abuse
its discretion in proceeding to consider the
merits of the defendants' motion.

Finally, the defendants provided a legiti-
mate non-discriminatory reason for termi-
nating Baldazo, namely that she was un-
truthful and insubordinate, and introduced
the arbitration award and record as sup-
porting evidence. Baldazo failed to produce
evidence that defendants' reason was pre-
textual. *See Aragon v. Republic Silver
State Disposal Inc.*, 292 F.3d 654, 658–59
(9th Cir. 2002). Accordingly, the district

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

** The Honorable Royce C. Lamberth, Senior
District Judge for the U.S. District Court for
the District of Columbia, sitting by designa-
tion.

*** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

court did not err in granting summary judgment to the defendants.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.